**Archibald LAUD–HAMMOND,
Plaintiff–Appellant,**

v.

**Mark REGER, Individually and as employee of Johnson C. Smith University, Defendant–Appellee,**

and

**The Board of Trustees of Johnson C. Smith University, Defendant.**

**No. 01–2498.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Archibald Laud Hammond, Appellant Pro Se. William Porter Farthing, Jr., Stacy Kaplan Wood, John Barnwell Anderson, Parker, Poe, Adams & Bernstein, L.L.P., Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Archibald Laud Hammond appeals the district court's orders granting summary judgment to the Appellee in his discrimination action, dismissing his defamation action, dismissing the Appellee's employer as a defendant, and denying his motion to amend his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Laud–Hammond v. Reger,* No. CA–00–18 (W.D.N.C. Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*